IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-103-D

| | |
|---|---|
| GEORGE ROBERT HANSON and MARY DARLENE HANSON, | ) ) ) |
| Appellants, | ) ) |
| v. | ) ) **ORDER** |
| MARJORIE K. LYNCH, Bankruptcy Administrator, | ) ) ) ) |
| Appellee. | ) |

George Robert Hanson and Mary Darlene Hanson appeal the Bankruptcy Court's order of February 27, 2013, dismissing their case [D.E. 1]. After holding an extensive hearing on February 25, 2013, concerning the Bankruptcy Administrator's motion to dismiss, see [D.E. 11], the Bankruptcy Court entered a thorough order. Essentially, the Bankruptcy Court found cause to dismiss the Hansons' case due to an inability to effectuate substantial consummation of a confirmed plan of reorganization and material default with respect to the confirmed plan. See [D.E. 1-1] 3–4 (Bankruptcy Court Order of Feb. 27, 2013) ([Doc. 353]); 11 U.S.C. § 1112(b)(4).

The court has reviewed the entire record and the parties' briefs on appeal. The Bankruptcy Court correctly concluded that the Hansons were in material default with respect to their confirmed plan and that the Hansons were unable to effectuate substantial consummation of their confirmed plan. As for the Hansons' belated attack on the integrity of the Bankruptcy Administrator, see [D.E. 35] 16, the attack is baseless.

The judgment of the Bankruptcy Court is AFFIRMED.

SO ORDERED.  This **26** day of November 2013.

*[Signature]*
JAMES C. DEVER III
Chief United States District Judge