**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1002

GEORGE ROBERT HANSON; MARY DARLENE HANSON,

        Debtors - Appellants,

    v.

MARJORIE K. LYNCH,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Dever, III, Chief District Judge. (7:13-cv-00103-D)

Submitted:  May 29, 2014                 Decided:  June 2, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Robert Hanson and Mary Darlene Hanson, Appellants Pro Se. Brian Charles Behr, OFFICE OF THE BANKRUPTCY ADMINISTRATOR, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Robert Hanson and Mary Darlene Hanson appeal from the district court's order affirming the bankruptcy court's dismissal of their bankruptcy case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hanson v. Lynch, No. 7:13-cv-00103-D (E.D.N.C. Nov. 27, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED